# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

153936(44)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

JESSICA A. DILLON,
      Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.

SC: 153936
COA: 324902
Isabella CC: 2012-010464-NF

_____/

      On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before August 4, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2017



Clerk